Michael ZEMONICK, et al., Appellants,

v.

CONSOLIDATION COAL COMPANY, a corporation, et al., Appellees.

No. 84–1353.

United States Court of Appeals, Fourth Circuit.

Oct. 30, 1985.

### ORDER

It appears that upon a poll of the court upon the suggestion of a rehearing *en banc* that Judges Widener, Phillips, Sprouse, Ervin and Chapman, a majority of the judges in regular active service, have voted for it and that Chief Judge Winter and Judge Wilkinson did not vote because of disqualification.

IT IS NOW ORDERED that the case be reheard *en banc*.

The parties will be permitted to file supplemental briefs upon a schedule to be established by the Clerk.